Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-811

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Hot Pink and Gold Baroque Floral Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 10, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-395-813

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title
_____

**Title of Work:** How to Chill Like a Cat

## Completion/Publication
_____

**Year of Completion:** 2013
**Date of 1st Publication:** March 26, 2013
**Nation of 1st Publication:** South Africa

## Author
_____

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant
_____

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions
_____

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification
_____

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-395-875**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Mermaid's Garden - Navy & Teal Floral on Watercolor

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** November 14, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-421

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

## Title

**Title of Work:** Cool Jade & Icy Mint Decorative Moroccan Tile Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** October 13, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-892

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Rainbow Pastel Watercolor Moroccan Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** March 31, 2014
**Nation of 1st Publication:** South Africa

## Author

· **Author:** Jennifer Le Feuvre
**Pseudonym:** Micklyn Le Feuvre
**Author Created:** 2-D artwork
**Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-396-032

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

**Title**

**Title of Work:**  Royal Purple, Mauve & Indigo Decorative Moroccan Tile Pattern

**Completion/Publication**

**Year of Completion:**  2014
**Date of 1st Publication:**  October 13, 2014
**Nation of 1st Publication:**  South Africa

**Author**

- **Author:**  Jennifer Le Feuvre
  **Pseudonym:**  Micklyn Le Feuvre
  **Author Created:**  2-D artwork
  **Citizen of:**  South Africa

**Copyright Claimant**

**Copyright Claimant:**  Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

**Rights and Permissions**

**Name:**  Jennifer Le Feuvre
**Email:**  micklynart@gmail.com
**Address:**  5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

**Certification**

**Name:**  David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-458

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

**Title**

**Title of Work:** Gypsy Floral in Teal & Blue

**Completion/Publication**

**Year of Completion:** 2014
**Date of 1st Publication:** October 05, 2014
**Nation of 1ˢᵗ Publication:** South Africa

**Author**

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

**Copyright Claimant**

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

**Rights and Permissions**

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

**Certification**

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-396-030

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 31, 2024

---

## Title

**Title of Work:** Sunflowers Forever

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** February 06, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-392-423

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

**Title**
_____

        **Title of Work:** Cream Floral Moroccan Pattern on Deep Indigo Ink

**Completion/Publication** _____

        **Year of Completion:** 2014
        **Date of 1st Publication:** October 29, 2014
        **Nation of 1st Publication:** South Africa

**Author** _____

        •     **Author:** Jennifer Le Feuvre
        **Pseudonym:** Micklyn Le Feuvre
        **Author Created:** 2-D artwork
        **Citizen of:** South Africa

**Copyright Claimant** _____

        **Copyright Claimant:** Jennifer Le Feuvre
        5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

**Rights and Permissions** _____

        **Name:** Jennifer Le Feuvre
        **Email:** micklynart@gmail.com
        **Address:** 5 Mannings Lane
        La Concorde
        Cape Town 7130 South Africa

**Certification** _____

        **Name:** David Denholm



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-395-812**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Hot Pink, Gold, Tangerine & Taupe Decorative Moroccan Tile Pattern

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 23, 2014
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-395-882

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Painted Protea Pattern

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 05, 2015
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-392-443

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
April 29, 2024

---

**Title**

    **Title of Work:** Dinosaurs and Roses - white

**Completion/Publication**

    **Year of Completion:** 2016
    **Date of 1st Publication:** May 12, 2016
    **Nation of 1ˢᵗ Publication:** South Africa

**Author**

    •     **Author:** Jennifer Le Feuvre
    **Pseudonym:** Micklyn Le Feuvre
    **Author Created:** 2-D artwork
    **Citizen of:** South Africa

**Copyright Claimant**

    **Copyright Claimant:** Jennifer Le Feuvre
    5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

**Rights and Permissions**

    **Name:** Jennifer Le Feuvre
    **Email:** micklynart@gmail.com
    **Address:** 5 Mannings Lane
    La Concorde
    Cape Town 7130 South Africa

**Certification**

    **Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-395-872**

**Effective Date of Registration:**
February 20, 2024
**Registration Decision Date:**
May 30, 2024

---

## Title

**Title of Work:** Luminescent Rainbow Jellyfish on Navy Blue

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 04, 2018
**Nation of 1st Publication:** South Africa

## Author

- **Author:** Jennifer Le Feuvre
  **Pseudonym:** Micklyn Le Feuvre
  **Author Created:** 2-D artwork
  **Citizen of:** South Africa

## Copyright Claimant

**Copyright Claimant:** Jennifer Le Feuvre
5 Mannings Lane, La Concorde, Cape Town, 7130, South Africa

## Rights and Permissions

**Name:** Jennifer Le Feuvre
**Email:** micklynart@gmail.com
**Address:** 5 Mannings Lane
La Concorde
Cape Town 7130 South Africa

## Certification

**Name:** David Denholm

Page 1 of 2

