**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JENNIFER LE FEUVRE,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-11134

Judge Lindsay C. Jenkins

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 22 | HangTaiLei |
| 26 | Fashion Ornaments |
| 78 | Ediodpoh wardrobe |
| 80 | Fashion Trend Clothing |
| 84 | Zhanuwin |
| 85 | Ekp ZZZ |
| 88 | X36 BH |
| 74 | NKOOGH Clothing |
| 76 | ASEIDFNSA Clothing |
| 89 | DXOUPM Clothing |
| 94 | Mei li xue |
| 5 | PANRICH |
| 6 | Tianfeng Co., LTD |
| 7 | Larmly INC |
| 9 | HEWANN HOME |
| 24 | Pld LLC |
| 25 | Windluke |
| 27 | befightstore |
| 42 | Beppter Learning |
| 43 | TAOFULY |
| 91 | DkinJom |

| | |
|---|---|
| 96 | GAOSHeng |
| 17 | Fjofpr |
| 18 | CLESALE Online Store |
| 19 | Bdfzl Women's Clothing Shops |
| 20 | jsaierl |
| 21 | hgsbede |
| 35 | TAGOLD |
| 36 | pimelu clothes store |
| 37 | tklpehg |
| 39 | KIHOUT |
| 44 | Dianli |
| 73 | TANGNADE Up to 50 percent off |
| 77 | safuny |
| 79 | Awdenio Official Store |
| 92 | ClassyChic365 |
| 93 | JASKFLY |
| 97 | IROINNID |
| 100 | snilers Co.Ltd |
| 101 | HeYun |
| 102 | goodsharing |
| 103 | BRKEWI Summer Fashion |
| 104 | PATLOLLAV |
| 105 | Gulas Trading Inc |
| 107 | GiliGiliiso |
| 108 | Botrong |
| 109 | YFPWM Fashion |

DATED: December 5, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 5, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                 */s/ Keith A. Vogt*
                                                 Keith A. Vogt