IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JENNIFER LE FEUVRE,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-11134

Judge Lindsay C. Jenkins

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 38 | NaRHbrg |
| 29 | Bailingrui shop |
| 32 | ZhenXinYongYun |
| 45 | Chengjuancheng |
| 54 | Weisidun |
| 55 | Masteelf |
| 56 | Quentinu |
| 57 | Zcyifa |
| 58 | Linaichen |
| 59 | Hinespon |
| 60 | Howooi |
| 63 | Tarshphine |
| 64 | Leifggao |
| 66 | Brandonz |
| 67 | Shannoy |
| 68 | Lixianhe |
| 71 | MYTAKEND |
| 61 | Erxingwu |
| 62 | LWEEIN |
| 65 | BusSunset |
| 69 | Gongxipen |

| | |
|---|---|
| 70 | Guangmc |
| 72 | Seriffuali |
| 111 | sksloeg |

DATED:  December 13, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 13, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                      */s/ Keith A. Vogt*
                                                      Keith A. Vogt